NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LIGHTING BALLAST CONTROL LLC,**
*Plaintiff-Appellee,*

**v.**

**PHILIPS ELECTRONICS NORTH AMERICA CORPORATION,**
*Defendant,*

AND

**UNIVERSAL LIGHTING TECHNOLOGIES, INC.,**
*Defendant-Appellant.*

---

2012-1014

---

Appeal from the United States District Court for the Northern District of Texas in case no. 09-CV-0029, Judge Reed O'Connor.

---

ON MOTION

---

ORDER

Universal Lighting Technologies, Inc. moves without opposition for a 24-day extension of time from the date of

service of Lighting Ballast Control LLC's responsive brief to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Universal Lighting Technologies, Inc.'s reply brief is due 24 days from the date of service of Lighting Ballast Control LLC's responsive brief.

FOR THE COURT

MAR 2 1 2012

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Jonathan T. Suder, Esq.
    Steven J. Routh, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAR 2 1 2012

JAN HORBALY
CLERK